# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PADOVA, JOHN R. | EASTERN DISTRICT OF PA | 01/27/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT COURT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

17613 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Patient Advocate Board | Kimmel Cancer Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 3/22/2013 - 3/23/2013 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge and spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PADOVA, JOHN R.** | 01/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Co-signer on ▒▒▒▒ student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PADOVA, JOHN R.** | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESCO PA QUALITY MUN TR (S) | A | Interest | | | Sold | 12/03/13 | J | | |
| 2. PNC BANK CHKG (J) | A | Interest | K | T | | | | | |
| 3. _____ IRA PNC(S) | A | Interest | K | T | | | | | |
| 4. Fed Pa Mun M.M. -RBC M.M. Fund | A | Interest | J | T | | | | | |
| 5. Dreyfus Pa M.M. (S) | A | Interest | | | Closed | 11/29/13 | J | A | |
| 6. Boston Capital (J) 17 | A | Interest | J | T | | | | | |
| 7. Bank Chkg & Sav. (J) Citizens Bank | A | Interest | J | T | | | | | |
| 8. PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 9. Exelon (J) | B | Dividend | K | T | | | | | |
| 10. USAA Sav-Act | A | Interest | K | T | | | | | |
| 11. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 12. Boston Cap SER 15 & 18 (J) | A | Interest | J | T | | | | | |
| 13. JMS/DLJSC/Phila Inv. PADOVA IRA (NOW BERNSTEIN-SEE LINE 181 | F | Int./Div. | | | Merged (with line 181) | 08/26/13 | P1 | | |
| 14. - Pershing Gov Act-mm (NOW PART OF BERNSTEIN IRA LINE 181) | A | Dividend | | | Closed | 08/26/13 | O | | |
| 15. - ACM Govt. Sec. Fund-name change-Alliance Bernstein Income | B | Dividend | | | Sold | 08/26/13 | K | | |
| 16. - Alliance World Fund-name change-Alliance Bernstein Global | E | Dividend | | | Sold | 08/26/13 | L | E | |
| 17. - Commercial Act Lease Realty, Inc.-Natl. Retail | E | Dividend | | | Sold | 08/26/13 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Aspen Group Res. Corp. (Y) | | | | | | | | | |
| 19. - Templeton Emer Mktg. Inc. | B | Dividend | | | Sold | 08/26/13 | K | | |
| 20. - Van Kampen Amer Cap Sr Inc. INVESCO | B | Dividend | | | Sold | 08/26/13 | K | | |
| 21. - Cons Edison Ins. Com. | E | Dividend | | | Sold | 08/26/13 | M | E | |
| 22. - Microsoft (IRA) (NOW PART OF BERNSTEIN IRA LINE 283) | E | Dividend | | | Sold (part) | 08/25/13 | M | E | |
| 23. - Intel (IRA) | B | Dividend | | | Sold | 08/26/13 | L | | |
| 24. - Citigroup Inc. Com (NOW PART OF BERNSTEIN IRA LINE 231 | A | Dividend | J | T | Sold (part) | 08/26/13 | J | A | |
| 25. | | | | | Sold (part) | 11/25/13 | J | | |
| 26. - Public Service Enter (IRA) | C | Interest | | | Sold | 08/26/13 | L | | |
| 27. - A 123 Sys Inc. Com (IRA) | | | | | Closed | 08/30/13 | J | | |
| 28. - Exelon (IRA) | C | Dividend | | | Sold | 08/26/13 | L | | |
| 29. - Teva Phar Ind. L&D ADR | B | Dividend | | | Sold | 08/26/13 | L | | |
| 30. Fid. Adv. Sr 11 Gro Opty Fd. B | A | Dividend | | | Sold | 08/23/13 | K | | |
| 31. Putnam Inv Fds - Gro B | A | Dividend | | | Sold | 08/23/13 | K | | |
| 32. Evergreen Money Mkt 9 -now Wells Fargo | A | Dividend | | | Closed | 09/05/13 | K | | |
| 33. Vanguard M/M + IRA M/M | A | Int./Div. | L | T | Sold (part) | 11/25/13 | L | | |
| 34. Vanguard B/M - IRA | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 500 - IRA | D | Dividend | N | T | | | | | |
| 36. American Century (S) | A | Dividend | | | Closed | 11/26/13 | K | C | |
| 37. PNC Bank Sav. (S) & Ckg (S) | A | Interest | K | T | | | | | |
| 38. Nuveen Select (J) | B | Dividend | | | Sold | 12/19/13 | K | | |
| 39. Pa. St. Tpk. Comn Oil (S) | B | Interest | | | Sold | 12/04/13 | K | | |
| 40. PA St Ref-1st Ser. 4.5(J) | A | Interest | J | T | | | | | |
| 41. Economy, PA - 5.0 (J) | B | Interest | K | T | | | | | |
| 42. Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 43. Lehigh Co PIDA 9/1/29 (S) | A | Interest | | | Sold | 07/31/13 | J | | |
| 44. Eaton Vance-Tx mg. (Global) | D | Dividend | | | Sold | 06/06/13 | K | | |
| 45. Nuveen PA Prem Inc ((JT) | B | Dividend | | | Sold (part) | 12/19/13 | K | | |
| 46. | | | | | Sold | 12/20/13 | J | | |
| 47. Nuveen PA Invt QF (JT) | B | Dividend | | | Sold | 12/19/13 | L | D | |
| 48. Van Kempen Amer PA Mun. Inc. (JT) (INVESCO) | C | Dividend | K | T | | | | | |
| 49. Federated Govt Res MM (JT) | A | Dividend | | | Closed | 08/21/13 | L | | |
| 50. Eaton Vance T/M | C | Interest | | | Sold | 06/24/13 | K | | |
| 51. Eaton Vance T/M (JT) | A | Interest | | | Sold | 06/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Intl. Growth and Inc. Trust | C | Dividend | | | Sold | 09/09/13 | K | | |
| 53. Vanguard GNMA Fund | A | Interest | K | T | | | | | |
| 54. Mtgy Co. PA H.E. Arcadia | B | Interest | | | Sold | 04/24/13 | K | B | |
| 55. Phila PA Wtr Rev. Ser B | B | Interest | K | T | | | | | |
| 56. Puerto Rico Co. Ser B | B | Interest | K | T | | | | | |
| 57. Mtgy Co. PA Ser C 12/31 | A | Interest | K | T | | | | | |
| 58. Beaver County PA 11/15/31 (JT) | A | Interest | K | T | | | | | |
| 59. State PSBS PA 3/1/29 (JT) | B | Interest | K | T | | | | | |
| 60. Nebraska Edl Fin (S) | A | Interest | | | Sold | 12/26/13 | K | A | |
| 61. Puerto Rico-Ser C 7/1/19 | A | Interest | J | T | | | | | |
| 62. Cumberland Co 1/1/16 | A | Interest | | | Sold | 12/26/13 | J | | |
| 63. Pitts-Allegheny 2/1/25 (J) | A | Interest | J | T | | | | | |
| 64. Erie PA Mercyhurst | A | Interest | J | T | | | | | |
| 65. Mtgy Co Pa IDA 11/15/36 | A | Interest | J | T | | | | | |
| 66. Nebraska Concordia | A | Interest | | | Sold | 06/20/13 | J | A | |
| 67. RBC MM Fund (S) | A | Interest | | | Closed | 12/03/13 | J | A | |
| 68. RBC MM Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cumberland Co. 1/1/28 (1/1/36) (S) | A | Interest | | | Sold | 12/26/13 | K | | |
| 70. Passaic Valley N.J. (S) | A | Interest | | | Sold | 12/30/13 | J | | |
| 71. Huntsville-Redstone | A | Interest | K | T | | | | | |
| 72. Mtgy Co. PIDA-RFDG 12/1/20 | A | Interest | | | Sold | 12/23/13 | J | | |
| 73. NJ Economic D.A.-Seashore 11/1/36 2010 C-1 (S) | A | Interest | | | Sold | 06/20/13 | K | B | |
| 74. Phila Gas Wks 8/1/40 (JT) | A | Interest | J | T | | | | | |
| 75. Vanguard Sht. Term | B | Interest | L | T | | | | | |
| 76. Lycoming Cnty Pa Auth | A | Interest | K | T | | | | | |
| 77. Lower Merion Pa Sch Dist (JT) | A | Interest | J | T | | | | | |
| 78. Michigan Fin Auth Rev | A | Interest | K | T | | | | | |
| 79. Invesco Quality Mun. | A | Interest | | | Sold | 12/03/13 | K | | |
| 80. Invesco Quality Mun. | C | Interest | K | T | | | | | |
| 81. Puerto Rico Aqueduct | A | Interest | | | Sold | 01/23/13 | K | | |
| 82. Puerto Rico Aqueduct | A | Interest | | | Sold | 01/23/13 | K | | |
| 83. Harris Cnty Tex Cultural | B | Interest | L | T | | | | | |
| 84. Michigan Fin Auth (s) | A | Interest | K | T | | | | | |
| 85. Invesco Quality Municipal | B | Interest | | | Sold | 11/29/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Centre Cnty Pa Hosp Auth | B | Interest | K | T | | | | | |
| 87. Nuveen Premier Mun. | C | Interest | K | T | | | | | |
| 88. Nuveen Mun. Market | C | Interest | K | T | | | | | |
| 89. Norwin Pa School (JT) | A | Interest | | | Sold | 12/23/13 | K | | |
| 90. Vanguard Pa L/T Tax Ex Fund | C | Interest | L | T | | | | | |
| 91. Puerto Rico Sales Tax Filing (S) | A | Interest | J | T | Buy | 07/31/13 | J | | |
| 92. Chicago Intl Airport (JT) | A | Interest | J | T | Buy | 07/31/13 | J | | |
| 93. Michigan St. Hosp. Auth. (JT) | B | Interest | K | T | Buy | 06/27/13 | K | | |
| 94. Illinois St. GO Bonds 2013A | B | Interest | K | T | Buy | 04/03/13 | K | | |
| 95. Illinois St. GO BOnds 4/1/2034 | B | Interest | L | T | Buy | 06/06/13 | K | | |
| 96. Cumberland County Mun. Lutheran | A | Interest | K | T | Buy | 03/26/13 | K | | |
| 97. Texas Trans. Comm. | A | Interest | K | T | Buy | 03/12/13 | K | | |
| 98. Univ. of Wisconsin Hosp. | B | Interest | K | T | Buy | 03/05/13 | L | | |
| 99. Det. Mich. Water Supply Sys. | B | Interest | K | T | Buy | 03/05/13 | K | | |
| 100. Invesco Tr Invt. | B | Interest | K | T | Buy | 04/24/13 | K | | |
| 101. Bernstein Div. Mun SNDPX (S) | | None | K | T | Buy | 12/27/13 | K | | |
| 102. | | | | | Buy (add'l) | 12/31/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Boeing BA (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 104. Precision PCP (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 105. WW Grainger GWW (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 106. Danaher DHR (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 107. Illinois Tool ITW (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 108. Parker Hannifin PH (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 109. Ford Motor F (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 110. Amazon AMZN (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 111. Costco COST (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 112. CVS (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 113. Kroger KR (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 114. TJX Companies TJX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 115. Wal-Mart WMT (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 116. Biogen BIIB (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 117. Gilead Sciences GILD (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 118. Pfizer PFE (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 119. CBS Corp CBS (S) | | None | J | T | Buy | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Time Warner TWX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 121. Viacom VIAB (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 122. Walt Disney DIS (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 123. Allergen AGN (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 124. Becton BDX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 125. Medtronic MDT (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 126. Google GOOG (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 127. Gannett GCI (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 128. American Tower AMT (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 129. Conagra Foods CAG (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 130. Starbucks SBUX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 131. Mead Johnson MJN (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 132. Philip Morris PM (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 133. Bernstein Emerging Mkts Fund SNEMX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 134. Marathon Petroleum MPC (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 135. Schlumberger SLB (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 136. Hess Corp HES (S) | | None | J | T | Buy | 12/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Occidental OXY (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 138. Valero Energy VLO (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 139. Citigroup C (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 140. JPMorgan JPM (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 141. American Express AXP (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 142. Capital One COF (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 143. Lincoln National LNC (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 144. Bank of America BAC (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 145. Wells Fargo WFC (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 146. VISA Inc V (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 147. American International AIG (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 148. AON PLC AON (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 149. CHUBB CB (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 150. Partnerre PRE (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 151. Lyondellbasell LYB (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 152. Intercontinental Exchange ICE (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 153. Bernstein Tax-Man Inter. SNIVX (S) | | None | K | T | Buy | 12/27/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  AB Discovery Growth CHCYX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 155.  AB Discovery Value ABYSK (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 156.  Sherwin-Williams SHW (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 157.  Union Pacific UNP (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 158.  Ansys ANSS (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 159.  Cognizant Tech CTSH (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 160.  Fidelity National FIS (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 161.  Priceline PCLN (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 162.  Apple AAPL (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 163.  Hewlett-Packard HPQ (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 164.  AMDOCS DOX (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 165.  Verizon Comm. VZ (S) | | None | J | T | Buy | 12/27/13 | J | | |
| 166.  Bernstein Div. Mun. SNDPX (J) | | None | L | T | Buy | 12/20/13 | L | | |
| 167. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 168.  AllianceBernstein Tax Man Wealth ATWYX (J) | B | Dividend | M | T | Buy | 12/20/13 | L | | |
| 169. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 170. | | | | | Buy (add'l) | 12/26/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 14 of 27

Name of Person Reporting

PADOVA, JOHN R.

Date of Report

01/27/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Tax-Aware Overlay A Portfolio SATOX (J) | | None | L | T | Buy | 12/20/13 | K | | |
| 172. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 173. Tax-Aware Overlay B Portfolio SBTOX (J) | | None | J | T | Buy | 12/20/13 | J | | |
| 174. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 175. AllianceBernstein Multi Manager Alt. Fnd IRA (AB15670) | | None | M | T | Buy | 10/01/13 | M | | |
| 176. AllianceBernstein Tax Man Wealth ATWYX | B | Dividend | M | T | Buy | 09/06/13 | K | | |
| 177. | | | | | Buy (add'l) | 09/10/13 | K | | |
| 178. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 179. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 180. | | | | | Buy (add'l) | 12/27/13 | K | | |
| 181. IRA - Sanford C. Bernstein & Co., LLC | E | Int./Div. | P1 | T | | | | | |
| 182. - Bernstein Intermediate Duration Port SNIDX | B | Dividend | N | T | Buy | 08/30/13 | M | | |
| 183. | | | | | Buy (add'l) | 11/25/13 | L | | |
| 184. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 185. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 186. - AB Real Estate Strategy AMTOX | B | Dividend | M | T | Buy | 08/30/13 | M | | |
| 187. | | | | | Buy (add'l) | 12/03/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 189.  - AB Discovery Growth CHCYX | | None | J | T | Buy | 08/30/13 | J | | |
| 190. | | | | | Sold (part) | 11/25/13 | J | | |
| 191.  - AB Discovery Value Fund ABYSX | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 192. | | | | | Sold (part) | 11/25/13 | J | | |
| 193.  - Affiliated Managers Group AMG | | None | J | T | Buy | 08/30/13 | J | | |
| 194.  - Allergen Inc AGN | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 195.  - Altria Group MO | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 196.  - Amazon.Com AMZN | | None | J | T | Buy | 08/30/13 | J | | |
| 197.  - Amdocs DOX | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 198.  - American Express AXP | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 199.  - American International AIG | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 200. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 201. | | | | | Sold (part) | 11/25/13 | J | | |
| 202.  - American Tower Corp AMT | | None | J | T | Buy | 12/17/13 | J | | |
| 203.  - Amphenol Corp APH | | None | J | T | Buy | 11/07/13 | J | | |
| 204.  - Ansys Inc ANSS | | None | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - AON PLC AON | A | Dividend | J | T | Buy | 09/19/13 | J | | |
| 206.  - Apple Inc AAPL | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 207. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 208.  - Assurant AIZ | | None | J | T | Buy | 12/05/13 | J | | |
| 209.  - Bank of America BAC | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 210.  - Becton Dickinson BDX | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 211.  -Berkshire Hathaway BRK/B | | None | J | T | Buy | 08/30/13 | J | | |
| 212.  - Bernstein Emerging Market SNEMX | A | Dividend | K | T | Buy | 08/30/13 | K | | |
| 213.  - Bernstein International SIMTX | B | Dividend | M | T | Buy | 08/30/13 | M | | |
| 214. | | | | | Sold (part) | 11/18/13 | J | | |
| 215. | | | | | Sold (part) | 11/25/13 | J | | |
| 216. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 217. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 218.  - Biogen BIIB | | None | J | T | Buy | 09/03/13 | J | | |
| 219. | | | | | Sold (part) | 11/25/13 | J | | |
| 220.  - Boeing BA | | None | J | T | Buy | 08/30/13 | J | | |
| 221. | | | | | Sold (part) | 10/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Capital One Financial COF | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 223. | | | | | Sold (part) | 11/18/13 | J | | |
| 224. - CBS Corp CBS | | None | J | T | Buy | 08/30/13 | J | | |
| 225. - Celgene Corp CELG | | None | J | T | Buy | 08/30/13 | J | | |
| 226. - Chevron CVX | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 227. - Chipotle Mexican CMG | | None | J | T | Buy | 08/30/13 | J | | |
| 228. | | | | | Sold (part) | 11/25/13 | J | | |
| 229. - CHUBB CB | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 230. - CIT Group CIT | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 231. - Citigroup C | A | Dividend | J | T | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. - Cognizant Tech CTSH | | None | J | T | Buy | 08/30/13 | J | | |
| 235. | | | | | Sold (part) | 10/15/13 | J | | |
| 236. - Conagra Foods CAG | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 237. - Costco Wholesale COST | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 238. | | | | | Buy (add'l) | 11/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - CVS Corp CVS | | None | J | T | Buy | 11/20/13 | J | | |
| 240. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 241. - Danaher Corp DHR | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 242. - Eaton Corp ETN | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 243. - Ebay EBAY | | None | J | T | Buy | 08/30/13 | J | | |
| 244. - Elecdtronic Arts EA | | None | J | T | Buy | 08/30/13 | J | | |
| 245. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 246. | | | | | Sold (part) | 11/25/13 | J | | |
| 247. - Everest RE Group RE | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 248. - Fedex Corp FDX | | None | J | T | Buy | 11/20/13 | J | | |
| 249. - Fidelity FIS | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 250. | | | | | Sold (part) | 10/24/13 | J | | |
| 251. - Ford Motor F | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 252. - Gannet Co GCI | | None | J | T | Buy | 10/17/13 | J | | |
| 253. - General Motors GM | | None | J | T | Buy | 12/04/13 | J | | |
| 254. - Genworth Financial | | None | J | T | Buy | 08/30/13 | J | | |
| 255. - Gilead Sciences GILD | | None | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Google Inc GOOG | | None | J | T | Buy | 08/30/13 | J | | |
| 257.  - Halliburton HAL | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 258.  - Hasabro Inc HAS | | None | J | T | Buy | 10/31/13 | J | | |
| 259.  - Health Net HNT | | None | J | T | Buy | 08/30/13 | J | | |
| 260.  - Hess Corp HES | A | Dividend | J | T | Buy | 10/14/13 | J | | |
| 261.  - Hewlett-Packard HPQ | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 262.  - Illinois Tool Works ITW | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 263.  - Intercontinental Exchange ICE | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 264.  - Intl Business Machines IBM | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 265. | | | | | Sold (part) | 12/13/13 | J | | |
| 266.  - JP Morgan Chase JPM | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 267.  - Kinder Morgan KMI | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 268. | | | | | Sold (part) | 10/21/13 | J | | |
| 269.  - Kroger Co KR | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 270.  - Lincoln National LNC | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 271. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 272.  - Linkedin LNKD | | None | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Lyondellbasell LYB | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 274. | | | | | Sold (part) | 11/25/13 | J | | |
| 275. - Macy's Inc M | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 276. | | | | | Sold (part) | 10/16/13 | J | | |
| 277. - Marathon Petroleum MPC | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 278. - McDonalds Corp MCD | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 279. - Mead Johnson MJN | | None | J | T | Buy | 12/12/13 | J | | |
| 280. - Medtronic MDT | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 281. | | | | | Sold (part) | 11/25/13 | J | | |
| 282. - Merck & Co MRK | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 283. - Microsoft Corp MSFT | A | Dividend | J | T | | | | | |
| 284. - Monsanto Co MON | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 285. - Nike Inc NKE | | None | J | T | Buy | 08/28/13 | J | | |
| 286. - Noble Energy NBL | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 287. - Occidental Petroleum OXY | | None | J | T | Buy | 09/13/13 | J | | |
| 288. - Parker Hannifin Corp PH | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 289. - Partnerre LTD PRE | A | Dividend | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Patterson COS PDCO | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 291.  - Pepsico PEP | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 292.  - Pfizer Inc PFE | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 293. | | | | | Sold (part) | 11/25/13 | J | | |
| 294.  - Philip Morris PM | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 295.  - Polaris Industries PII | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 296.  - Precision Castparts PCP | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 297. | | | | | Sold (part) | 11/25/13 | J | | |
| 298.  - Priceline.Com PCLN | | None | J | T | Buy | 08/30/13 | J | | |
| 299.  - Pulte Group PHM | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 300.  - Raytheon Company RTN | | None | J | T | Buy | 10/24/13 | J | | |
| 301.  - Regal Entertainment RGC | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 302.  - Reynolds American RAI | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 303.  - Schlumberger SLB | | None | J | T | Buy | 08/30/13 | J | | |
| 304.  - Sherwin Williams SHW | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 305. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 306.  - Starbucks SBUX | A | Dividend | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 11/25/13 | J | | |
| 308. - Time Warner TWX | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 309. - TJX Companies TJX | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 310. | | | | | Sold (part) | 11/25/13 | J | | |
| 311. - Union Pacific UNP | | None | J | T | Buy | 08/30/13 | J | | |
| 312. - Valero Energy VLO | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 313. - Verisk Analytics VRSK | | None | J | T | Buy | 11/07/13 | J | | |
| 314. - Verizon Communications VZ | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 315. - Vertez Pharmaceuticals VRTX | | None | J | T | Buy | 08/30/13 | J | | |
| 316. - Viacom Inc VIAB | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 317. | | | | | Sold (part) | 11/25/13 | J | | |
| 318. - VISA Inc V | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 319. - Wal-Mart Stores WMT | | None | J | T | Buy | 09/03/13 | J | | |
| 320. | | | | | Sold (part) | 11/25/13 | J | | |
| 321. - Walt Disney Co DIS | | None | J | T | Buy | 08/30/13 | J | | |
| 322. - Wells Fargo WFC | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 323. | | | | | Sold (part) | 11/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - WW Grainger GWW | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 325.  - Overlay A Portfolio SAOOX | C | Dividend | N | T | Buy | 08/30/13 | N | | |
| 326. | | | | | Sold (part) | 11/18/13 | K | | |
| 327. | | | | | Sold (part) | 11/25/13 | L | | |
| 328. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 329. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 330.  - Overlay B Portfolio SBOOX | B | Dividend | L | T | Buy | 11/25/13 | L | | |
| 331. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 332. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 333.  - JM Smucker Co. | A | Dividend | | | Buy | 08/30/13 | J | | |
| 334. | | None | | | Sold | 11/25/13 | J | | |
| 335.  - CISCO | A | Dividend | | | Buy | 08/30/13 | J | | |
| 336. | | None | | | Sold | 12/16/13 | J | | |
| 337.  - Intuitive Surgical | | None | | | Buy | 08/30/13 | J | | |
| 338. | | None | | | Sold | 12/06/13 | J | | |
| 339.  - Wellpoint | A | Dividend | | | Buy | 08/30/13 | J | | |
| 340. | | | | | Sold (part) | 11/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | None | | | Sold (part) | 12/05/13 | J | | |
| 342. - Goldman Sachs | | None | | | Buy | 08/30/13 | J | | |
| 343. | | None | | | Sold | 11/19/13 | J | A | |
| 344. - Kraft Foods Group | | None | | | Buy | 08/30/13 | J | | |
| 345. | | None | | | Sold | 11/19/13 | J | A | |
| 346. - O'Reilly Automotive | | None | | | Buy | 10/23/13 | J | | |
| 347. | | None | | | Sold | 11/18/13 | J | | |
| 348. - Citrix | | None | | | Buy | 08/30/13 | J | | |
| 349. | | None | | | Sold | 11/14/13 | J | | |
| 350. - Campbell Soup | | None | | | Buy | 08/30/13 | J | | |
| 351. | | None | | | Sold | 10/28/13 | J | | |
| 352. - Petsmart | | None | | | Buy | 08/30/13 | J | | |
| 353. | | None | | | Sold | 10/24/13 | J | A | |
| 354. - EMC Corp | | None | | | Buy | 08/30/13 | J | | |
| 355. | | None | | | Sold | 10/23/13 | J | | |
| 356. - Delta | | None | | | Buy | 08/30/13 | J | | |
| 357. | | None | | | Sold | 10/14/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - Abercrombie & Fitch | | None | | | Buy | 08/30/13 | J | | |
| 359. | | None | | | Sold | 10/10/13 | J | | |
| 360.  - EOG | | None | | | Buy | 08/30/13 | J | | |
| 361. | | None | | | Sold | 10/04/13 | J | | |
| 362.  - Discover Financial | | None | | | Buy | 08/30/13 | J | | |
| 363. | | None | | | Sold | 09/30/13 | J | A | |
| 364.  - Exxon | | None | | | Buy | 08/30/13 | J | | |
| 365. | | None | | | Sold | 09/30/13 | J | | |
| 366.  - Stericycle Inc | | None | | | Buy | 08/30/13 | J | | |
| 367. | | None | | | Sold | 09/30/13 | J | A | |
| 368.  - Liberty Media | | None | | | Buy | 08/30/13 | J | | |
| 369. | | None | | | Sold | 09/04/13 | J | A | |
| 370.  RBC Momey Market Fund (J) (X) | A | Interest | J | T | Open | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 01/27/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JOHN R. PADOVA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544